**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MELQUIN YOHAN ORTIZ LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2229-J |
| | ) | |
| STEVE KELLEY, Sheriff Kay County Justice Facility, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner, attempting to challenge his detention with Immigration and Customs Enforcement, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] and memorandum in support [Doc. No. 2]. The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Erwin ordered Petitioner to sign and verify the Petition and memorandum in support as required by 28 U.S.C. § 2242 and warned that failure to cure the deficiencies could result in dismissal of the action. [Doc. No. 8]. Petitioner did not respond or take any curative action, and Judge Erwin recommends the action be dismissed without prejudice on that basis. [Doc. No. 9]. Petitioner did not object and has waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 9] and DISMISSES Petitioner's action WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE